IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et. al. | ) ) | |
| Plaintiffs, | ) ) | Civil No.:   1:02CV02138 (ESH) |
| v. | ) ) | |
| ECHOSTAR COMMUNICATIONS CORP., HUGHES ELECTRONICS CORP., GENERAL MOTORS CORP., and DIRECTV ENTERPRISES INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the United States of America files this notice of dismissal of its claims against Echostar Communications Corp., Hughes Electronics Corp., General Motors Corp., and DirecTV Enterprises, Inc.

For Plaintiff United States of America

BY: _____
Claude F. Scott, Jr., Esq.
(D.C. Bar #414906)
U.S. Department of Justice
Telecommunications & Media Enforcement Section
1401 H. Street, N.W., Suite 8000
Washington, D.C. 20530
Tel.: (202) 514-5621
Fax: (202) 514-6381

December 16, 2002